# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WHITYNE A. FORT**                                                                                      **PLAINTIFF**

v.                             Case No. 4:20-cv-00081-LPR

**GRANT GARRETT EXCAVATING, INC.**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum of Decision filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Grant Garrett Excavating, Inc.

IT IS SO ADJUDGED this 6th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE